# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JAY P. GRAYSON,** Defendant. | PO-22-5020-GF-JTJ  VIOLATION: E1102516 Location Code: M13  ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for June 9, 2022 is **VACATED**.

DATED this 2nd day of June, 2022.

_____
John Johnston
United States Magistrate Judge